THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR TIMBER, Appellant. [930 NYS2d 872]—

Defendant is eligible for consideration for resentencing even though he had been released from custody on his drug conviction but reincarcerated for a parole violation (*see People v Paulin*, 17 NY3d 238 [2011]), and even though he was again released while his resentencing motion was pending (*see People v Santiago*, 17 NY3d 246 [2011]). Concur—Gonzalez, P.J., Andrias, Saxe and Sweeny, JJ.